IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC -1  A 9: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

JEFFERY JAMES JACKSON
_____
Full name and prison number
of plaintiff(s)

v.

ELLEN I. BROOKS - D.A.
WILL POWELL - D.D.A.
JOHN W. HARTLEY
AIMEE C. SMITH
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV1138-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (✓)  NO (  )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (✓)  NO (  )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s)  JEFFERY JAMES JACKSON

         Defendant(s)  GUY NAQUIN - HUEY THORNTON

      2. Court (if federal court, name the district; if state court, name the county) THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHEN DIVISION

3. Docket number _CASE NO. 2:05-CV-436-F WO_

4. Name of judge to whom case was assigned _SUSAN RUSS WALKER_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _THE CASE WAS DISMISSED PRIOR TO SERVICE OF PROCESS._

6. Approximate date of filing lawsuit _MAY 24TH 2005._

7. Approximate date of disposition _JUNE 27TH 2005._

II. PLACE OF PRESENT CONFINEMENT _MONTGOMERY COUNTY DETENTION FACILITY_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _MONTGOMERY, ALABAMA._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. _ELLEN I. BROOKS - 100 SO. LAWRENCE ST. MONTG, AL. 36104_
2. _WILL POWELL - P.O. BOX 1667, MONTG. AL. 36104_
3. _JOHN W. HARTLEY - 312 SCOTT ST, CITY. MONTG. AL. 36104_
4. _AIMEE C. SMITH - 22 SCOTT ST. MONTGOMERY, AL. 36104_
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _FEBUARY 18, 2004_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I WAS ARRESTED ILLEGALLY FOR NOT APPEARING IN COURT FOR SENTENCING._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON FEBUARY 14, 2000, A PLEA WAS TAKEN BY ANOTHER DEFENDANT IN THE CASES I WAS GOING TO TRIAL ON. I DID'NT SIGN OR AGREE TO PLEAD GUILTY IN THIS CASE - C.C. 99-163 OR C.C. 91-163. I WAS ARREST MARCH 18, 2002 IN MONTGOMERY, ALABAMA.

GROUND TWO: My COURT APPOINTED ATTORNEY: JOHN WILEY HARTLEY WITNESSED THIS ERROR AND ALLOWED IT TO HAPPEN.

SUPPORTING FACTS: I WAS SCHEDULE FOR TRIAL ON FEBUARY 14, 2000. I DID'NT ENTER THE COURT ROOM OR SEE ATTORNEY: JOHN W. HARTLEY ON FEBUARY 14, 2000. I EXPRESSED MY DESIRE FOR TRIAL. MARCH 28, 2002 THE COURT NUNC PRO TUNC, CORRECTED THE RECORD AND THE PLEA ENTERED ON 2/14/2000 WAS IN ERROR AND IT WAS SET ASIDE.

GROUND THREE: I WAS APPOINTED ATTORNEY: AIMEE C. SMITH AFTER I WAS ARRESTED FOR FAILURE TO APPEAR FOR SENTENCING.

SUPPORTING FACTS: AIMEE C. SMITH EXCEPTED THIS APPOINTMENT WITH THE KNOWLEDGE THAT MY NAME HAD BEEN FORGED. AFTER MY ARREST FOR FAILURE TO APPEAR FOR SENTENCING, I AGAIN EXPRESSED MY DESIRE FOR TRIAL AND IT WAS SCHEDULED FOR JUNE 20, 2002. ATTORNEY SMITH USED DECIET TO OBTAIN A GUILTY PLEA, JUNE 16, 2002.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

THE PLAINTIFF SEEKS MONETARY DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF. THE PLAINTIFF SEEKS AN ORDER FROM THE COURT.

*Jeffery James Jackson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on NOVEMBER 28, 2005.
(Date)

*Jeffery J. Jackson*
Signature of plaintiff(s)

4