IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY JAMES JACKSON | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1138-F |
| ELLEN I. BROOKS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

On December 15, 2005 Plaintiff filed objections to the Recommendation of the Magistrate Judge entered on December 5, 2005. (Doc. No. 5.) Upon consideration of Plaintiff's objections, the undersigned finds that the Recommendation is due to be vacated. The court further concludes that the December 15 pleading, which presents additional facts in support of Plaintiff's claims for relief, shall also be construed as a motion to amend complaint. Upon review of the motion, the court concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge entered on December 5, 2005 (Doc. No. 3) be and is hereby VACATED; and

2. Plaintiff's December 15, 2005 pleading, which the court also construes as a Motion to Amend Complaint (Doc. No. 5), be and is hereby GRANTED.

Done, this 13th day of January 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE