| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature    X *Otis Williams*    ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery  1-19-06 |
| 1. Article Addressed to:<br><br>Will Powell<br>P.O. Box 1667<br>Mont., AL 36104 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:05 CV 1138-F<br>Proc. order<br>temp  and to crt<br>Recont |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☑ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 7030 |

:-M-1540

Domestic Return Receipt