| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Otis Williams* | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>1-18-06 |
| 1. Article Addressed to:<br><br>Ellen I. Brooks<br>100 S. Lawrence<br>Mont. AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05 cv 1138-F<br>proc order amd<br>cmp, cnt<br>4 Rec | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 7023 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540