IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY JAMES JACKSON** )<br>)<br>**Plaintiff(s),** )<br>)<br>)<br>) **CASE NO. 2:05-CV-1138-F**<br>**ELLEN I. BROOKS, ET AL.** )<br>)<br>**Defendant(s).** )<br>)<br>) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendants Ellen I. Brooks and Will Powell, by and through the undersigned counsel, and hereby request an additional 60 (sixty) days in which to respond to plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for these defendants are due February 22, 2006.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    /s/ Cheairs M. Porter
    Cheairs M. Porter
    ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 10th day of February 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Jeffery James Jackson
Montgomery County Detention Facility
PO Box 4599
Montgomery, AL 36103

                                                /s/ Cheairs M. Porter
                                                Cheairs M. Porter
                                                ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)