IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY JAMES JACKSON | * |
| Plaintiff, | * |
| v. | *   2:05-CV-1138-MEF |
| ELLEN I. BROOKS, *et al.*, | * |
| Defendants. | * |

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 13) is GRANTED; and

2. Defendants are GRANTED an extension from February 21, 2006 to April 24, 2006 to file their answer and written report.

Done, this 14th day of February 2006.

                                                       **/s/ Delores R. Boyd**
                                                       DELORES R. BOYD
                                                       UNITED STATES MAGISTRATE JUDGE