IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
PLAINTIFF(S),

v.   CIVIL ACTION NO. 2:05-CV-1138-F

ELLEN I. BROOKS, ET AL.
DEFENDANT(S).

RECEIVED
2006 MAR -2 A 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

COME NOW THE PLAINTIFF, JEFFERY J. JACKSON PRO/SE AND MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE. PLAINTIFF SUPPORTS THIS MOTION ON THE FOLLOWING GROUNDS:

(1.) I, BECAUSE OF SUBSTANIAL HARDSHIP, AM UNABLE TO PAY FOR THE ASSISTANCE OF AN ATTORNEY. I REQUEST THAT PAYMENT OF ANY FEES BE WAIVED INITIALLY AND TAXED AS COSTS AT THE CONCLUSION OF THE CASE.

(2.) PLAINTIFF SEEKS TO PROCEED WITH ASSISTANCE AND REQUEST THAT THIS HONORABLE COURT LOOK UPON THIS UNDER A ACT OF PRO/SE FILINGS OF A LAYMAN WHO IS DOING SO WITH THE BEST UNDERSTANDING OF THE LAW.

RESPECTFULLY SUBMITTED

*Jeffery J. Jackson*
PRO/SE - PLAINTIFF

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS THE 28TH DAY OF FEBUARY 2006, SERVED A TRUE AND CORRECT COPY OF THE FOREGOING "MOTION FOR APPOINTMENT OF COUNSEL" ON THE ATTORNEY GENERAL BY PLACING SAME IN THE UNITED STATES MAIL LOCATED AT THE MONTGOMERY CO. DETENTION FACILITY, POSTAGE PREPAID, AND PROPERLY ADDRESSED AS FOLLOWS;

/S/ CHEAIRS M. PORTER
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA 36130-0152

*Jeffery J. Jackson*
PRO,SE - PLAINTIFF