STATE OF ALABAMA        )

COUNTY OF MONTGOMERY    )

### AFFIDAVIT

My name is Eleanor I. Brooks; I am over the age of nineteen (19) years; I am a resident of Montgomery County, Alabama; and I am the District Attorney for the Fifteenth Judicial Circuit of Alabama.

According to court records, Jeffery James Jackson (Plaintiff), a black male, born May 12, 1958, was indicted by the Montgomery County Grand Jury on December 10, 1999, for Theft of Property Second Degree and Receiving Stolen Property Second Degree in CC No. 99-2133. On June 17, 2002, he pled guilty as charged to Receiving Stolen Property II and the alternative count of Theft of Property Second Degree was nolle prossed. On the same day, he was sentenced under the Alabama Habitual Offender Act, admitting at least three (3) prior felony convictions, to fifteen (15) years, split, to serve three (3) years, suspended with three (3) years supervised probation, among other things. See Exhibit One (a certified copy of the Case Action Summary for CC No. 99-2133).

The Case Action Summary further shows that through clerical error court records indicated Mr. Jackson pled guilty to Breaking and Entering a Motor Vehicle and Theft of Property Third Degree on February 14, 2000. Apparently someone in the Judge's office mixed up paperwork in two (2) unrelated cases. This error was corrected by the Trial Court on March 28, 2002.

Neither I nor my office caused the clerical error nor did we order or issue a warrant of arrest for failure to appear on February 28, 2002.



The Defendant was indicted by the Montgomery County Grand Jury on April 7, 2006, for Murder alleged to have occurred on or about February 9, 2004. This case is pending.

I do not know how to respond further at this time as Mr. Jackson fails to allege any wrongdoing by me or this office.

_____
ELEANOR I. BROOKS
AFFIANT

Sworn to and subscribed before me on this 20th day of April, 2006.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES: 6/25/06

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: CC 1999 002133.00
OPER: DBH                     CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT   CRIMINAL             RUN DATE: 12/16/1999
===============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                             JUDGE: SMG

STATE  OF  ALABAMA                      VS    JACKSON JEFFERY  J.
                                              1041 BRAGG STREET
CASE: CC 1999 002133.00
                                              MONTGOMERY, AL.  36108 0000

DOB: 05/12/1958          SEX: M  RACE: B  HT: 6 00  WT: 175   HR:        EYES:
SSN: 903120329  ALIAS NAMES:
===============================================================================
CHARGE01: THEFT OF PROP 2ND     CODE01: TOP2  LIT: THEFT OF PROP  TYP: F #: 001
CHARGE02: REC STOLEN PROP 2ND   CODE02: RSP2                      TYP: F #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                      DATE ARRESTED: 10/15/1999
DATE     INDICTED: 12/10/1999          DATE    FILED: 12/16/1999
DATE     RELEASED:                     DATE  HEARING:
BOND       AMOUNT:      $30,000.00           SURETIES:

DATE 1:              DESC:                   TIME: 0000
DATE 2: 12/22/1999   DESC: ARRG               TIME: 0820 A

TRACKING NOS: GJ 1999 120329 01  /                     /
    DEF/ATY: W. Hartley              TYPE: A                          TYPE:
             Aimee Smith      00000                         00000
    PROSECUTOR: REDMOND SUSAN RACHEL
                M. Dukes
===============================================================================
OTH CSE: GJ199912032901  CHK/TICKET NO:                       GRAND JURY: 329
COURT REPORTER:                 SID NO:   000792436
DEF STATUS: JAIL                DEMAND:                       OPER: DBH
===============================================================================
DATE           ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 12-22-99 | W. Hartley, aptd |
|  | DEFENDANT ARRAIGNED IN OPEN COURT, PLEADS NOT GUILTY. |
| 1-18-00 | Trial continued |
| 1-11-00 | NOTICE OF DISCOVERY TO DEFT, INTENT TO USE PRIOR CONV., INTENT TO INVOKE SENT ENHANCEMENTS INTENT TO OFFER PROOF BY A CERT OF ANALYSI & MOTION FOR DISCOVERY BY STATE |
| 1-18-00 | MOTION FOR DISCOVERY |
| 1-27-00 | MOTION FOR DISCOVERY |
| 1-31-00 | NOTICE OF ADDITIONAL DISCOVERY TO DEFT |
| 2-7-00 | NOTICE OF ADDITIONAL DISCOVERY TO DEFT |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7  Rev 2/79 | | CC-99 213 GR |

Style: STATE OF ALABAMA VS. Jeffrey Jackson

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| / / | Y.O.A    GRANTED / DENIED |
| / / | State's Motion/Nolle Prosse Count(s) _____ Granted |
| / / | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted |
| 2/14/00 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of Bur MV / TOP III

Notice of HOA/Drug/Weapon Enhancements given N/A

P.S.I. ORDERED / WAIVED

Sentencing date is 3-13-2000 at 8:00 a.m.

SALLY GREENHAW, CIRCUIT JUDGE |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7   Rev 2/79 | | CC 99-2133 |

Style: State v/s Jeffery Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10/5/01 | Motion to Set Sentencing |
| 2-28-02 | ∆ not at DOC, Failed to appear for sentencing. Issue WOA   smg |
| 3-4-02 | Capias Issued |
| 3-18-02 | Warrant served; file sent to Judge's Office |
| 3-28-02 | ✻ The Court Nunc Pro Tunc hereby corrects this record to show that the plea entered on 2/14/00 was in error and it is set aside. The Court has determined that it was another Defendant who entered the plea. The Defendant is released from custody and a case status is scheduled for 4/11/02 at 8:30 am. Defendant resides at 122 E. South Blvd.   smg   SALLY GREENHAW   CIRCUIT JUDGE |
| 4-11-02 | DEFENDANT FTA FOR Status hearing ISSUE W.O.A.   smg  ✻Entered in error - per 3-28-02 order |
| 4-16-02 | Capias Issued |
| 5-24-02 | Capias executed; file sent to Judge's Office |

| State of Alabama<br>Unified Judicial System<br>Form C-7  Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC-99-2133 G |
|---|---|---|

Style: STATE OF ALABAMA VS.
Jeffrey Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/17/02 | Y.O.A  GRANTED / DENIED  *Court* |
| | State's Motion/Nolle Prosse Count(s) TOP II Granted |
| / / | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted |
| 6/17/02 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of RSP II<br><br>Notice of (HOA)/Drug/Weapon Enhancements given 3.<br><br>P.S.I. ORDERED / WAIVED<br><br>Sentencing date is _____ /02 at 8:30 a.m.<br><br>SALLY GREENHAW, CIRCUIT JUDGE |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | CONTINUATION | CC 99 2133 |

Style: Jeffrey Jackson

Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/17/02 Rec'd 6-17-02 Camp P.O. ✓ | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant having his/her say, it is ORDERED: <br><br>HOA Enhancements Applicable (Yes)/No <br>Defendant Admits 3 State Proves ___ Priors <br><br>Sentenced to 15 yrs./split to serve 3 yrs. <br>___ reverse split postpone ___ review 7-22-02 <br>Concurrent 91-163 Consecutive ___ 8:30 <br><br>SUSPENDED (YES)/NO (SUPERVISED)/COURT PROBATION <br>3 years LEVEL II ___ Monitor ___ <br><br>ENHANCEMENTS - Weapons ___ years <br>  Drug - ___ years School/Public Housing <br>  ___ years Sale under 18 <br>  $1000/2000 Fine <br>  ___ Remit portion completion SAP <br>  ___ Driver License suspended 6 mo. <br>  ___ $100.00 DFS fee <br>GED ___ BootCamp ___ /SAP ___ /Chain Gang ___ <br>Work Release ___ Frank Lee ___ /Employment ___ <br>Community Service ___ hrs. at ___ /PO Select <br>Review upon completion - Yes ___ <br><br>Other - Δ given notice in open court of court date. <br>Restitution $ Open    Fine $ ___ <br>Crime Victim $25.00/$50.00 ___ Ct. Costs ✓ <br>Attorneys Fees $150.00 Attorney/GAL Fees to be submitted <br>Payment $20 Mo/Wk Begin 7/22/02 OR <br>1/2 monies earned ___ Review ___ <br>___ DOC to give 60 day notice prior to E.O.S. <br>Defendant advised rt. appeal, credit time served <br>Appeal Bd. set $ ___ <br><br>BMG <br><br>JUDGE SALLY GREENHAW |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7   Rev 2/79 | | CC-99-2133 |

Style: State of Ala. vs. Jackson, Jeffrey     Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/5/02 | Motion for production of discovery |
| 6/5/02 | Notice of appearance |
| 6/6/02 | Notice of discovery |
| 7-22-02 | Defendant appeared for Review. Copy of ORDER TO APPEAR given to Defendant in Open Court for 8/29/02 at 4 pm. SMG / SALLY GREENHAW, Circuit Judge.  Δ to make payment on 7-26-02 |
| 8-29-02 | DEF___  ISSUE W.O.A.  DEFENDANT FTA FOR Review  ISSUE W.O.A.  No payments made |
| 9-4-02 | Capias Issued |
| 9-16-02 | Capias Executed on 9-14-02; File to Judge. |
| 9-30-02 | Δ is released from 10:30am – 3:30pm to see about a job. Δ stated he did not report because he had no transportation. Status 10-1-02 @ 8:30  SMG |
| 10-1-02 | Δ appeared, has a job. Work release from 5a – 5p M-F. Review 10-21-02 @ 830.  SMG |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7  Rev 2/79 | | CC-99-2133 |

Style:

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10-28-02 | △ has had no success at finding a job with the Temp. service or finding housing. △ to be released Monday 1-5, Tues & Wed from 9-3 to look for work + housing. Review 10-31-02 @ 8:30  SMG |
| 10-31-02 | △ is released on probation + stay with Rev Browder. Review payment plan 11-25-02 @ 8:30 |
| 11-25-02 | Defendant appeared for Review. Copy of ORDER TO APPEAR given to Defendant in Open Court for 12/5/02 at 8:30 am/pm.  SMG  SALLY GREENHAW, Circuit Judge |
| 12-5-02 | △ appeared, restitution entered in the amount of $999.—. Review 1-23-03 @ 4pm. A Smith's Mt to withdraw granted.  SMG  Defendant appeared for Review. Copy of ORDER TO APPEAR given to Defendant in Open Court for __/__/__ at ____ am/pm.  _____, Circuit Judge |
| 1-23-03 | DEFENDANT FTA FOR Review or Pay  ISSUE W.O.A. |

Next 5-6-03

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-99-2133 |

Style: *Jeffery Jackson*

Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-7-03 | Capias Issued |
| 2-19-04 | Capias executed 2-18-04; file to Judge. |

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>99-2133<br>TMH |
|---|---|---|
| Form C-7    Rev 2/79 | | |

Style: Jeffery Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-23-04 | |
| | Delinquency report filed by the Court and based on the record Defendant is declared delinquent ~~and arrested~~ for: |
| | ✓ Failure to report |
| | ✓ Failure to pay court ordered monies |
| | ___ Failure to pay supervision fees |
| | ✓ ~~Arrested on new charges~~   Robbery, Murder |
| | ___ Failure to avoid injurious habits |
| | ✓ Changing residences without permission |
| | ✓ Failure to comply with Court orders |
| | ___ Failure to attend and/or complete program |
| | Δ shall remain in delinquent status pending outcome of new charges. |
| 11-1-04 | The new cases were Bound Over to the Grand Jury on 3-26-04; still no disposition as |

STATE OF ALABAMA
~~MONTGOMERY COUNTY~~
I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true, and correct copy of the _Case Action Summary_ on file in said office.
Witness my hand and the seal of said Court is hereto affixed, this the 16th day of February, 2006.
_Melissa Rittenour_
CIRCUIT CLERK