§   STATE OF ALABAMA

§   COUNTY OF LAUDERDALE

### AFFIDAVIT

Before me, the undersigned authority, personally appears WILLIAM I. POWELL, who first being duly sworn, deposes and says as follows:

"My name is William I. Powell. I am over nineteen (19) years of age and I reside in Killen, Lauderdale County, Alabama. I am currently employed as the Chief Assistant District Attorney for the Eleventh Judicial Circuit, Lauderdale County, Alabama.

"I reviewed the complaint, supplemental complaint, and Magistrate's Order regarding inmate Jeffery Jackson. In addition, I reviewed the Case Action Summary from the court file on Case No. CC-99-2133. Records indicate the initial plea was taken February 14, 2000. I had no involvement taking that plea because I was not employed with the District Attorney's Office in Montgomery County, Alabama, until October or November of 2000.

"I was initially assigned to the courtroom of Circuit Judge Sally Greenhaw, and handled various cases in front of Judge Greenhaw until her retirement.

"I also reviewed a limited portion of the District Attorney's file related to this matter: the outer cover of the file containing an inter-office record of court actions, including the Deputy District Attorney present during various court actions. To the best of my knowledge, I had no involvement taking the second plea from Jeffrey Jackson on June 17, 2002.

"I have no independent recollection of this matter."

EXHIBIT 2

Done this 19th day of April, 2006.

_____
WILLIAM I. POWELL

Sworn to and subscribed before me this the 19th day of April, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES SEPT. 12, 2007