IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
    PLAINTIFF,
v.
ELLEN I. BROOKS, et al.,
    DEFENDANTS.

CIVIL ACTION NO. 2:05-CV-1138-F

## NOTICE OF CHANGE OF ADDRESS

COMES NOW PLAINTIFF JEFFERY J. JACKSON, PRO, SE AND HEREBY GIVE NOTICE TO THE COURT AND THE DEFENDANTS OF HIS NEW ADDRESS. NEW ADDRESS IS: P.O. BOX 150; MOUNT MEIGS, ALABAMA 36057.

DONE, THIS 13th DAY OF NOVEMBER, 2006.

*Jeffery J. Jackson*
PRO, SE - DEFENDANT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE THIS 13th DAY OF NOVEMBER, 2006, SERVED A COPY OF THE FOREGOING BY FIRST-CLASS U.S. MAIL, POSTAGE PREPAID AND ADDRESSED UPON THE FOLLOWING: CHEAIRS M. PORTER - ATTORNEY FOR DEFENDANTS
11 SO. UNION ST.
MONTGOMERY, AL. 36130
0152

*Jeffery J. Jackson*