IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY J. JACKSON,
PLAINTIFF,

V.

ELLEN T. BROOKS et al.,
DEFENDANT.

CIVIL ACTION NO. 2:05-CV-1138-F

RECEIVED
2007 MAR 26  A 10:53
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF CHANGE OF ADDRESS

COME NOW THE PLAINTIFF, JEFFERY J. JACKSON, PRO SE AND HEREBY GIVE NOTICE TO THE COURT AND TO THE DEFENDANTS THAT HIS CURRENT ADDRESS IS - ST. CLAIR CORRECTIONAL FACILITY 1000 SAINT CLAIR RD. SPRINGVILLE, ALA. 35146-5585.

DONE THIS THE 22ND DAY OF MARCH, 2007

Jeffery J. Jackson
PRO SE - PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 22ND DAY OF MARCH, 2007, I SERVED A COPY OF THE FOREGOING ON THE DEFENDANTS BY PLACING THE SAME IN THE U.S. MAIL, FIRST CLASS, POSTAGE PREPAID AND ADDRESSED AS FOLLOWS:

CHEAIR M. PORTER
11 SO. UNION ST.
MONTGOMERY, AL. 36101-0711

JEFFERY J. JACKSON #723242
ST. CLAIR CORR. FACILTY     L2-38
1000 SAINT CLAIR RD.
SPRINGVILLE, AL. 35146-5585

BIRMINGHAM AL 352

23 MAR 2007 PM 5 L



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711

OFFICE OF THE CLERK
U. S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101