IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY JAMES JACKSON
PLAINTIFF

v.   2:05-CV-1138

ELLEN I. BROOKS, ET AL.
DEFENDANT(S)

MOTION FOR LEAVE TO FILE MOTION
FOR SUMMARY JUDGEMENT

Plaintiff moves the Court for permission to file a summary judgement motion, pursuant to Rule 56 of the Alabama Rules of Civil Procedure, to enter a summary judgement in Plaintiffs favor for the relief demanded in his complaint and for grounds of his motion says that there is no genuine issue as to any material fact and that the Plaintiff is entitled to a judgement as a matter of law.

Respectfully submitted this the 24th day of April, 2007.

*Jeffery J. Jackson*
PRO'SE - PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE, THIS THE 24TH DAY OF APRIL, 2007, FILED WITH THE CLERK OF COURT THE FOREGOING AND SERVED A COPY OF THE FOREGOING UPON THE DEFENDANTS ATTORNEY BY PLACING SAME IN THE U.S. MAIL LOCATED AT SAINT CLAIR CORRECTIONAL FACILITY, POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

ASS: ATTORNEY GENERAL
/s/ CHEAIRS M. PORTER - ATTORNEY FOR DEFENDANTS
11 SO. UNION ST.
MONTGOMERY, AL. 36130-0152

Jeffery J. Jackson

PRO'SE - PLAINTIFF

MOTION FOR LEAVE TO FILE MOTION
   FOR SUMMARY JUDGEMENT.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALA. 36101-0711

JEFFERY J. JACKSON - AIS-128248
ST. CLAIR CORRECTIONAL FAC.
SPRINGVILLE, AL. 35146-9790
L-14-1-A

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL PURPOSES ONLY  361010711