IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JEFFERY JAMES JACKSON | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1138-MEF |
| ELLEN I. BROOKS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion for leave to file a motion for summary judgment. The court, having read and considered the pending motion, concludes that it is due to be denied. Accordingly, it is

ORDERED that the motion for leave to file a motion for summary judgment (Doc. No. 22) be and is hereby DENIED.

Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition. No additional pleadings are necessary to a determination of the issues presented herein, and Plaintiff will be informed of any action undertaken by the court on his complaint.

Done, this 27th day of April 2007.

                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE