**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABMAA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JEFFERY JAMES JACKSON**            ) | |
|                                       ) | |
|                                       ) | |
| **Plaintiff,**            ) | |
|                                       ) | |
| **vs.**                               )  **CASE NO.: 2:05-CV-1138-MEF** | |
|                                       ) | |
| **ELLEN I. BROOKS, et al. ,**         ) | |
|                                       ) | |
| **Defendants.**            ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Assistant Attorney General J. Matt Bledsoe and respectfully requests that the Court substitute him for Assistant Attorney General Cheairs M. Porter as counsel for the Defendants.  The Court and the Clerk are asked to amend the case file to reflect this change of counsel on the case docket sheet and hereafter forward notice of all hearings and court orders to Assistant Attorney General Bledsoe at the following address:

>Office of the Attorney General
>11 South Union Street
>Montgomery, AL 36130
>(334) 242-7443
>(334) 242-2433 (fax)
>mbledsoe@ago.state.al.us

Respectfully submitted this the 10th day of August, 2007.


 /s/  J. MATT BLEDSOE
 J. MATT BLEDSOE  (BLE006)
 Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that I have, this 10th day of August, 2007, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF filing system, and that I have further served a copy of the foregoing upon the Plaintiff, postage prepaid and properly addressed as follows:

Jeffery James Jackson, #123242
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

 /s/  J. MATT BLEDSOE
OF COUNSEL

2