IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| JEFFERY JAMES JACKSON | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1138-MEF |
| ELLEN I. BROOKS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is a Motion to Substitute Counsel. Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Substitute Counsel (Doc. No. 24) be and is hereby GRANTED and Assistant Attorney General J. Matt Bledsoe is substituted for Assistant Attorney General Cheairs Porter as counsel for Defendants.

Done, this 14th day of August 2007.

  /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE