IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Jeffery Jackson, Plaintiff, (Pro-Se) | § |
| Vs. | § Case No. 2:05-1138 MEF |
| Ellen Brooks, et al., Defendant(s). | § § § |

## MOTION FOR JURY TRIAL OF RIGHT

COMES NOW the Pro-Se Plaintiff, Jeffery Jackson, herein pursuant to F.R.Civ.P., Rule 38(a) hereby demands Jury Trial in the above styled case.

Plaintiff is a pro-se prisoner litigant and asks this Honorable Court to consider the restraints on Plaintiff, and Plaintiff's lack of legal experience, and lack of proper counsel.

WHEREFORE, Plaintiff Demands the Court **Order** a jury trial in this action.

### CERTIFICATE OF SERVICE

I hereby certifies that on this 2nd, day of December 2007, a copy of the foregoing is being served upon the Clerk of the Court for the Middle District of Alabama, and all parties to this action by placing a copy of the same in the U.S. Mail postage pre-paid and properly addressed.

Respectfully Submitted,

*Jeffery J. Jackson*
Jeffery Jackson
AIS# 128248   {L1-14}
1000 St. Clair Rd.
Springville, Alabama
35146-5582