IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JEFFERY J. JACKSON,
    PLAINTIFF-PRO SE

VS.    CASE NO. 2:05-CV-1138 MEF

ELLEN I. BROOKS, ET AL.,
    DEFENDANTS.

MOTION FOR APPOINTMENT OF COUNSEL
FOR PRO SE INDIGENT PLAINTIFF

Comes Now the plaintiff, pro se in the above styled cause and, respectfully moves this Honorable Court to appoint counsel in this matter, pursuant to U.S.C. 1915 (B) 1976. It is in the sound discretion of this court to appoint counsel to assist indigent persons unable to employ counsel.

Plaintiff sets out the following as good cause:

1. I am indigent and confined within the Alabama penal system and I was declared indigent by this Honorable Court and my status has not changed.

2. I commenced a claim in the above referred case no. and at this time I am left without the aid of counsel. I lack both the skill and knowledge to adequately prepare and present my case because of the complexity of the legal issues raised by my complaint.

3. I am untrained in the art of litigation and law and cannot properly present my case to this Honorable Court.

4. The law allows the courts to appoint or request an attorney to represent any such person unable to employ counsel and if it further appears that counsel is necessary in the opinion of such judge to assert or protect the rights of such person.

5. My rights cannot be adequately protected without counsel who can assist me in these proceedings because the issues I wish to bring before this court are complex and I need the assistance of counsel.

6. It would greatly aid the court and plaintiff to appoint counsel in this matter although it is well settled that I do not have a right to counsel.

7. However the law does provide that if it appears to the court that a plaintiff is indigent or otherwise unable to obtain counsel and desires the assistance of counsel... the court may request an attorney to represent any such person unable to employ counsel. I am requesting that counsel be appointed to represent me who will protect my rights before this Honorable Court and who will protect my rights to appeal

should this Court rule against me.

For theses reasons, I respectfully request that this Honorable Court appoint or request an Attorney to represent me in this proceeding.

### Certificate Of Service

I hereby certify that I have this 2nd day of December, 2007, served a copy of the foregoing upon the Assistant Attorney General, J. Matt Bledsoe by placing same in the U.S. mail, first class, postage prepaid and properly addressed.

|  |  |
|---|---|
| State Of Alabama | *Jeffery J. Jackson* |
| J. Matt Bledsoe | Jeffery J. Jackson |
| 11 So. Union St. | St. Clair Corr. Facility |
| Montgomery, AL. 36130-0152 | 1000 St. Clair Rd. |
| Attorney For Defendants | Springville, AL. 35146-1381 |
|  | Plaintiff - Pro Se |

C.C. Jeffery James Jackson - Plaintiff Pro Se

JEFFERY J. JACKSON #A.I.S. 128248
St. CLAIR CORR. FACILITY
1000 St. CLAIR Rd.
SPRINGVILLE, AL. 35146
L-14





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY. AL. 36101-0711

FOR LEGAL PURPOSES ONLY