# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Jackson v. Brooks et al**

**Case Number: 2:05-cv-01138-MEF**

**Referenced Pleading: Motion for jury trial - Doc. 26**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**