IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. **2:05-CV-1138-MEF** |
| ) | |
| ELLEN I. BROOKS, et al. ) | |
| ) | |
| Defendant, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Ellen Brooks and Will Powell,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Montgomery County District Attorney's Office | District Attorney/ADA |

12/28/2007  
Date

/s/ J.MATT BLEDSOE  
Counsel Signature

Brooks and Powell  
Counsel for (print names of all parties)

11 South Union Street  
Montgomery, AL 36130  
Address, City, State Zip Code

334-242-7443  
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 28th day of December 2007, to:

Jeffery James Jackson, #128248
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL  35146

12/28/2007   /s/  J. Matt Bledsoe
Date   Signature