| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-99-213 GR |

Style: STATE OF ALABAMA VS. Jeffrey Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| / / | Y.O.A   GRANTED / DENIED      *Exhibit A 1* |
| / / | State's Motion/Nolle Prosse Count(s) _____ Granted |
| / / | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted |
| 2/14/00 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of BE&MV TOP III

Notice of HOA/Drug/Weapon Enhancements given N/A

P.S.I. (ORDERED)/ WAIVED

Sentencing date is 3-13-2000 at 8:00 a.m.

SALLY GREENHAW, CIRCUIT JUDGE |

*Exhibit A1*

*Exhibit A.2*

| State of Alabama Unified Judicial System  Form C-7   Rev 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number CC 99-2133 |
|---|---|---|

Style: State v/s Jeffery Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10/5/01 | Motion to Set Sentencing |
| 2-28-02 | A not at DOC, Failed to appear for sentencing. Issue WOA  SMG |
| 3-4-02 | Capias Issued |
| 3-18-02 | Warrant Served; file sent to Judge's Office |
| 3-28-02 | The Court Nunc Pro Tunc hereby corrects this record to show that the plea entered on 2/14/00 was in error and it is set aside. The Court has determined that it was another Defendant who entered the plea.  The Defendant is released from custody and a case status is scheduled for 4/11/02 at 8:30 am.  Defendant resides at 122 E. South Blvd.  SMG  SALLY GREENHAW  CIRCUIT JUDGE |
| 4-11-02 | DEFENDANT FTA FOR Status Hearing ISSUE W.O.A.  SMG     *Entered in error — see 3-28-02 Order |
| 4-16-02 | Capias Issued |
| 5-24-02 | Capias executed; file sent to Judge's office |