| State of Alabama<br>Unified Judicial System<br>Form C-7    Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC-99-2133 G |

Style:   STATE OF ALABAMA VS.
_Jeffrey Jackson_                Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| / / | Y.O.A   GRANTED / DENIED |
| 6/17/02 | State's Motion/Nolle Prosse Count(s) _TOP II_ Granted  _Court_ |
| / / | State's Motion To Dismiss Count(s) _____ Granted |
| / / | State's Motion To Amend Count _____ to _____ Granted<br>_Exhibit B_ |
| 6/17/02 | The Defendant is before the Court and is represented. The Court on record fully explained all Constitutional rights. The Court is convinced that Defendant comes into court voluntarily and understands all his rights. Exhibit A is signed by Defendant and counsel and the record affirmatively shows colloquy between the Judge and Defendant and that Defendant fully and completely understands he is waiving his Constitutional rights and other effects of a guilty plea and the consequences thereof and the sentence that could be imposed.  Upon the conclusion of said colloquy the Court accepts the guilty plea and finds Defendant guilty and enters a judgment of guilt to the charge of _RSP II_<br><br>Notice of (HOA)/Drug/Weapon Enhancements given _3_.<br><br>P.S.I. ORDERED / WAIVED<br><br>Sentencing date is _____ /02 at 8:30 a.m.<br>SALLY GREENHAW, CIRCUIT JUDGE |
| | _Exhibit B_ |