| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC 99-2133 TMH |
|---|---|---|
| Form C-7  Rev 2/79 | | |

Style: Jeffrey Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/12/06<br><br>Rec'd<br>6-13-06<br><br>Rec'd<br>7-6-06<br>Corp ✓ | Defendant came before the Court for a revocation hearing. Defendant was previously given a written copy of the delinquency charges. Defendant's probation was revoked. Defendant was advised of his right to appeal.<br>( ) Defendant's base sentence(s) imposed.<br>(✓) Defendant's split sentence(s) imposed.<br>( ) All counts and cases concurrent. _____<br>( ) _____ consecutive.<br><br>                                    /s/ TRUMAN M. HOBBS, JR.<br>                                    TRUMAN M. HOBBS, JR.<br>                                    CIRCUIT JUDGE |

Exhibit C 2