| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC 99-2133 |

Style: State v/s Jeffery Jackson

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10/5/01 | Motion to Set Sentencing |
| 2-28-02 | A not at DOC, Failed to appear for sentencing. Issue WOA  smg |
| 3-4-02 | Capias Issued |
| 3-18-02 | Warrant Served; file sent to Judge's Office |
| 3-28-02 ✳ | The Court Nunc Pro Tunc hereby corrects this record to show that the plea entered on 2/14/00 was in error and it is set aside. The Court has determined that it was another Defendant who entered the plea. The Defendant is released from custody and a case status is scheduled for 4/11/02 at 8:30 am. Defendant resides at 122 E. South Blvd.  smg  SALLY GREENHAW  CIRCUIT JUDGE |
| 4-11-02 | DEFENDANT FTA FOR Status Hearing ISSUE W.O.A.  smg  ✳ Entered in error - see 3-28-02 order |
| 4-16-02 | Capias Issued |
| 5-24-02 | Capias executed; file sent to Judge's Office |

Exhibit E