| State of Alabama<br>Unified Judicial System<br>Form C-7   Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC-99 2133 |
|---|---|---|

Style: Jeffrey Jackson

Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 6/17/02<br><br>Rec'd<br>6-17-02<br><br>Cont.<br><br>P.O.<br>✓ | Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant having his/her say, it is ORDERED:<br><br>HOA Enhancements Applicable (Yes)/No<br>Defendant Admits  3  State Proves ____ Priors<br><br>Sentenced to 15 yrs./split to serve 3 yrs.<br>____ reverse split postpone ____ review 7-22-02<br>Concurrent 91-163      Consecutive _____  8:30<br><br>SUSPENDED (YES)/NO SUPERVISED/(COURT) PROBATION<br>3 years LEVEL II _____ Monitor _____<br><br>ENHANCEMENTS - Weapons _____ years<br>     Drug - _____ years School/Public Housing<br>           _____ years Sale under 18<br>      $1000/2000 Fine<br>      _____ Remit portion completion SAP<br>      _____ Driver License suspended 6 mo.<br>      _____ $100.00 DFS fee<br>GED ____ BootCamp ____ /SAP ____ /Chain Gang ____<br>Work Release ____ Frank Lee ____ /Employment ____<br>Community Service ____ hrs. at ____ /PO Select<br>Review upon completion - Yes _____<br><br>Other - △ given notice in open court<br>         of court date<br>Restitution $ open      Fine $ —<br>Crime Victim $25.00/$50.00/$—   Ct.Costs ✓<br>Attorneys Fees $150.00/ Attorney/GAL Fees to be submitted<br>Payment $20  Mo/Wk Begin 7/22/02 OR<br>1/2 monies earned ____ Review _____<br>____ DOC to give 60 day notice prior to E.O.S.<br>Defendant advised rt. appeal, credit time served<br>  Appeal Bd. set $ _____<br>                    (BMG)        Exhibit F 1<br><br>JUDGE SALLY GREENHAW |