IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| State of Alabama, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CC-1991-163 |
| | ) | CC-1999-2133 |
| Jeffrey J. Jackson, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On February 23, 2004, Defendant was declared delinquent in this case as well as CC-1999-2133 pending the outcome of new charges. In fact, it appears that this Court could not declare him delinquent in CC-1991-163 because Judge Greenhaw, in 1995, amended his split sentence to a straight term of fifteen (15) years.

However, in CC-1999-2133, Defendant was serving a probationary term and the declaration of delinquency was within the jurisdiction of this Court.

Done this 27 day of December 2005.

TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

cc:    Ellen Brooks
       Jeffrey J. Jackson



EXHIBIT
tabbies
I

RECEIVED
1-4-06
CIRCUIT COURT CLERK