# EXHIBIT

Exhibit I -   Order Setting Aside Delinquency in CC-1999-163

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama

/s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

Exhibit K — See Exhibit I for order setting aside Delinquency in CC-1999-163

6