*Exhibit L*

JEFFREY J. JACKSON 5/12/58         AIS 128248

CC-99-2133, TOP 2 RSP 2

3-13-98  Parole Granted

1/19/2000--PAROLE REVOKED ON 81-723/724 ROB I & ASSAULT 2

2/2/01 – EOS SENTENCE

2/14/00—Def. appeared from the Jail, requested a trial, M. Dukes stated the Victims were "snow birds" from Indiana and the trial was continued

    Court Reporter records do not show a plea was entered on 2/14/00

    A plea was taken however on WILLIAM JACKSON, 99-1624 for B&E/TOP 3 And sentencing took place 3/13/00

Correspondence from Def. in the file indicates he was at Bullock Corr. On 4/27/00

*Exhibit L*