| State of Alabama<br>Unified Judicial System<br>Form C-7 Rev. 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC-91-163<br>ID  YR  Number |
|---|---|---|

Style: JEFFERY JACKSON              Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3/23/95 | Defendant appeared with attorney for Sentence Review. ORDERED as follows:<br>1. Split sentence revoked and amended to straight 15 year sentence to run concurrent ~~and coterminous~~ with CC-81-723.<br>2. To receive credit for time served as allowed by law.<br>3. To receive "Good Time" credit as allowed by law.<br><br>SALLY GREENHAW, CIRCUIT JUDGE |
| 3-28-02 | ∆ appeared, status set 4-11-02 @ 8:30<br>SMG |
| 4-11-02 | DEFENDANT FTA FOR status hearing<br>ISSUE W.O.A.<br>SMG<br>Exhibit N |
| 4-16-02 | Capias issued |
| 5-24-02 | Capias executed, file sent to Judge's Office |
| 5-28-02 | ∆ appeared, admitted he had FTA for review, ~~was~~ is jobless + homeless. Continue to 5-30-02 @ 8:30 |
| 5-30-02 | See Order; ∆ shall remain in delinquent status<br>SMG |
| 7-17-02 | Probation reinstated, Review 7-22-02 |