```
ACR350                  ALABAMA JUDICIAL DATA CENTER
                      CIRCUIT COURT OF MONTGOMERY COUNTY

        ALIAS WARRANT                                CC 1991 000163.00
                          JID: SARAH M. GREENHAW
```

THE STATE OF ALABAMA        VS JACKSON JEFFERY

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: JACKSON JEFFERY
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BREAK/ENTER VEHICLE    - FELONY

WITNESS MY HAND THIS      APRIL 16, 2002.

BOND SET AT: NO BOND                        Melissa Rittenow
                                            ~~JUDGE~~/CLERK/~~MAGISTRATE~~

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

562 ROSA PARK                     HT: 511   WT: 171
                                  HAIR: BLK   EYE:
MONTGOMERY    , AL 36104 0000     BIRTH DATE: 05/12/1958
                                  RACE: B      SEX: M
                                  SID#: 007924360
                                  SSN#: 418965722

ALIAS:
EMPLOYER: _____  PHONE NO: _____

TICKET NUMBER:                    AGENCY/OFFICER: MMPD/37/5

NOTE:
THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____
EXECUTED ON  05/24/02            BY: T.W. CEBRIAN #1201
( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

                                        T.W. Cebrian #1201
SHERIFF                            OFFICER

Exhibit R                                          Exhibit R

                    D.T. MARSHALL, SHERIFF
                    2002 MAY 24  A 12:59
                    MONTGOMERY COUNTY
                    DETENTION FACILITY
                    MONTGOMERY, AL
                    RECEIVED

OPERATOR: REG
PREPARED: 04/16/2002