IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1138-MEF |
| ) | WO |
| ELEANOR I. BROOKS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #33) to the Recommendation of the Magistrate Judge filed on March 26, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #32) entered on March 14, 2008 is adopted;

3. Defendants' motion for summary judgment (Doc. #17) is GRANTED and this case is DISMISSED with prejudice.

4. Costs of this proceeding are taxed against the plaintiff for which execution may issue.

DONE this the 27th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE