STATE OF ALABAMA
__St. Clair__ COUNTY

RECEIVED
2008 APR 18 A 9: 50
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared __Jeffery J. Jackson__, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is __Jeffery J. Jackson__ and I am __49__ years of age and competent to testify __to the fact that on March 18, 2002, I was arrested for failure to appear in court and then subjected to a prosecution on charges I had E.O.S. on February 2, 2001 from the Department of Correction.__

_Jeffery J. Jackson_
Signature of Affiant

### Acknowledgement

State of Alabama
__St. Clair__ County

Signed before me, in person, a Notary Public, on this __15th__ day of __April__, 20__08__

_[signature]_             __8-17-09__
Notary Public             Commission Expires