IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON,  ) | |
| ) | |
| Plaintiff,  ) | |
| v.  ) | CASE NO. 2:05-cv-1138-MEF |
| ) | |
| ELEANOR I. BROOKS, *et al.*,  ) | (WO- Do Not Publish) |
| ) | |
| Defendants.  ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend or Vacate Final Judgment (Doc. #36) filed on April 18, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE