IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY J. JACKSON,
PLAINTIFF,

VS.

ELEANOR I. BROOKS, et al.,
DEFENDANTS.

CASE NO. 2:05-CV-1138-MEF
w/o

## NOTICE OF APPEAL

Notice is hereby given that Jeffery J. Jackson (Plaintiff) in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment from an order denying and/or overruling Plaintiff's objection to the recommendation of the Magistrate Judge. The recommendation of the Magistrate Judge entered on March 14, 2008 was adopted.

Defendant's motion for summary judgment (Doc. #17) was granted and this case was dismissed with prejudice, entered in this action on the 27th, day of March, 2008.

Respectfully Submitted this
24th day of April, 2008

Jeffery J. Jackson
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, I served a copy of the foregoing, "Notice of Appeal" on the Defendant's Attorney by placing the same in the U.S. mail located at St. Clair Correctional Facility, postage prepaid and properly addressed as follows:

J. Matt Bledsoe
Ass. Attorney General
11 So. Union St.
Montgomery, AL. 36103

Jeffery J. Jackson
pro se Plaintiff

Certified Copy of Notice Of Appeal:
  Jeffery J. Jackson

FOR LEGAL PURPOSES ONLY

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

L-14

Jeffery J. Jackson - A.I.S. 128248
St. Clair Corr. Facility
1000 St. Clair Rd
Springville, AL, 35146

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

$0.41⁰  04/25/2008