FOR USE BY INCARCERATED PERSONS        2:05 cv 1138 - MEF

RECEIVED
2008 MAY 14  A 10:09

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

APPLICATION TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: __JEFFERY JAMES JACKSON__

   Present mailing address: __ST. CLAIR CORR. FACILITY__
   __1000 ST. CLAIR RD - SPRINGVILLE AL. 35146__

2. Are you presently employed?  Yes ___   No _✓_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   __Southern Roofing Company__
   __$7.00    Montgomery, Alabama__

   Date last worked: __Don't Remember__

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ___   No _✓_
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___   No _✓_
   (c) Pensions, annuities, or life insurance payments?   Yes ___   No _✓_
   (d) Gifts or inheritances?   Yes ___   No _✓_

1

(e)     Any other sources?                              Yes _____     No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4.  How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _NONE_

5.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes _____     No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.  List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____*NONE*_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _5-12-2008_        *Jeffery J. Jackson*
                          SIGNATURE OF PETITIONER

### ★★★ IMPORTANT NOTICE ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

2

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 10/05 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** | Case Number<br>**05-01138-CV-FN** |
|---|---|---|

IN THE _United States District_ COURT OF _Northern District_ OF ALABAMA
                    (Circuit, District, or Municipal)                              (Name of County or Municipality)

STYLE OF CASE: _Jeffery J. Jackson_ v. _Eleanor I. Brooks_
                           Plaintiff(s)                                Defendant(s)

TYPE OF PROCEEDING: _42 U.S.C. 1983_ CHARGE(S) (if applicable): _____

[x] **CIVIL CASE** - I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[ ] **CIVIL CASE** - (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

[ ] **CRIMINAL CASE** - I am financially unable to hire an attorney and request that the Court appoint one for me.

[ ] **DELINQUENCY/NEED OF SUPER** child/me

---

**SECTION I**                    **AFFIDAVIT**

1. **IDENTIFICATION**
   Full Name _Jeffery J. Jackson_                    Date of Birth _5/12/1958_
   Spouse's Full Name (if married) _____
   Complete Home Address _St. Clair Corr. Facility, 1000 St. Clair Rd_
   _Springville, AL. 35146_
   Number of People Living in Household _____
   Home Telephone No. _____
   Occupation/Job _____    Length of Employment _____
   Driver's License Number _____    *Social Security Number _____
   Employer _____    Employer's Telephone No. _____
   Employer's Address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, check those which apply.)
   
   [ ] AFDC    [ ] Food Stamps    [ ] SSI    [ ] Medicaid    [ ] Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income
   
   | | |
   |---|---|
   | Monthly Gross Income | $ 0 |
   | Spouse's Monthly Gross Income (unless marital offense) | 0 |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc. | 0 |
   | Contributions from Other People Living in Household | 0 |
   | Unemployment/Workmen's Compensation | |
   | Social Security, Retirement, etc. | 0 |
   | Other Income (be specific) _____ | 0 |
   | **TOTAL MONTHLY GROSS INCOME** | $ 0 |

   Monthly Expenses:
   
   | | |
   |---|---|
   | A. Living Expenses | $ 0 |
   | Rent/Mortgage | 0 |
   | Total Utilities: Gas, Electricity, Water, etc. | 0 |
   | Food | 0 |
   | Clothing | 0 |
   | Health Care/Medical | 0 |
   | Insurance | 0 |
   | Car Payment(s)/Transportation Expenses | 0 |
   | Loan Payment(s) | 0 |

TIONAL

| Form C-10 Page 2 of 2    Rev. 10/04 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number 05-01138-CV-F-N |

Monthly Expenses: (Cont'd from page 1)
    Credit Card Payment(s) _____ 0
    Educational/Employment Expenses _____ 0
    Other Expenses (be Specific) __0__ _____ 0
    Sub-Total    A $ 0

B.  Child Support Payment(s)/Alimony  $ 0
    Sub-Total    B $ 0

C.  Exceptional Expenses  $ 0
    TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)  $ 0

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**  $ 0

4. LIQUID ASSETS:
    Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)  $ 0
    Equity in Real Estate (value of property less what you owe) _____ 0
    Equity in Personal Property, etc. ( such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe) _____ 0
    Other (be specific) Do you own anything else of value?  ☐ Yes  ☐ No
    (land, house boat, TV, stereo, jewelry) _____ 0
    If so describe _____
    **TOTAL LIQUID ASSETS**  $ 0

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representatives to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
__12__ day of __May__, 200_8_.

_____      Affiant's Signature: _Jeffery J. Jackson_
Judge/Clerk/Notary      Print or Type Name: JEFFERY J. JACKSON

SECTION II.    **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is Granted.

☐ The prepayment of docket fees is waived.

It is FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
It is FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and cost of court.

Done this _____ day of _____, 20 _____.

_____
Judge

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ST. CLAIR CORR FACILITY

AIS #: 128248     NAME: JACKSON, JEFFERY              AS OF: 05/08/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 23 | $0.94 | $0.00 |
| JUN | 30 | $0.94 | $0.00 |
| JUL | 31 | $0.94 | $0.00 |
| AUG | 31 | $0.94 | $0.00 |
| SEP | 30 | $0.94 | $0.00 |
| OCT | 31 | $0.94 | $0.00 |
| NOV | 30 | $0.94 | $0.00 |
| DEC | 31 | $7.39 | $40.00 |
| JAN | 31 | $10.29 | $0.00 |
| FEB | 28 | $0.83 | $0.00 |
| MAR | 31 | $0.83 | $0.00 |
| APR | 30 | $0.83 | $0.00 |
| MAY | 8 | $0.83 | $0.00 |

## INFORMATION REGARDING PRISONER ACCOUNTS

A prisoner seeking to proceed *in forma pauperis* must submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Jeffery Jackson__ has been incarcerated in this institution since __3/20/07__ [month/day/year], and that he has the sum of $ __.83¢__ in his prison or jail trust account on this the __8th__ day of __May__, 20__08__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 11/07 | $ 0 | $ .94¢ |
| Month 2 | 12/07 | $ 40.00 | $ 7.39 |
| Month 3 | 1/08 | $ 0 | $ 10.39 |
| Month 4 | 2/08 | $ 0 | $ .83¢ |
| Month 5 | 3/08 | $ 0 | $ .83¢ |
| Month 6 | 4/08 | $ 0 | $ .83¢ |
| Current month (if less than full month) | 5/08 | $ 0 | $ .83¢ |

__[signature]__
Signature of Authorized Officer of Institution

__St. Clair C.F.__
Name of Institution

3

JEFFERY J. JACKSON - # A.I.S. 128248
St. CLAIR CORR. FACILITY
~~~~ St. Clair Rd
SPRINGVILLE, AL. 35146

L-14

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.



FOR LEGAL PURPOSES ONLY 0150711 B007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, Ala. 36101-0711