Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 24, 2008

**Appeal Number: 08-12292-A**
Case Style: Jeffery James Jackson v. Eleanor I. Brooks
District Court Number:  05-01138 CV-F-N

TO:   Jeffery James Jackson (128248)

CC:   Jason Matthew Bledsoe

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 24, 2008

Jeffery James Jackson (128248)
St. Clair CF
1000 SAINT CLAIR RD
SPRINGVILLE  AL  35146-5582

**Appeal Number: 08-12292-A**
Case Style: Jeffery James Jackson v. Eleanor I. Brooks
District Court Number:  05-01138 CV-F-N

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.

The district court has denied your motion to proceed on appeal in forma pauperis, certifying that your appeal is frivolous and not taken in good faith.  The district court has also directed that you pay fees required to maintain this appeal pursuant to 28 U.S.C. §1915 (as amended by the Prison Litigation Reform Act).

Pursuant to Fed.R.App.P. 24(a) and 11th Cir. R 24-2, you must file a motion for leave to proceed with this appeal within thirty (30) days from the date of this letter.  If such a motion is not received within thirty (30) days, this appeal will be DISMISSED by the clerk without further notice pursuant to 11th Cir. R. 42-1(b).

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days.  Appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

PLRA-6 (11-2007)